LYONS & FLOOD, LLP
1495 Morris Avenue
Union, NJ 07083
(201) 569-4453

U.S. DISTRICT COURT

2009 OCT 19 P 2: 18

Attorneys for Plaintiff
UES INTERMODAL AG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UES INTERMODAL AG,

        Plaintiff,

v.

COSCO SHANGHAI SHIP MANAGEMENT
CO., LTD. (COSHIPMAN),

and

CHINA OCEAN SHIPPING (GROUP) COMPANY,

        Defendants.

Civil Action No.: 09 CV 09-5320 (JLL)

**FRCP 7.1 STATEMENT**

---

Pursuant to Fed. R. Civ. P. 7.1, the undersigned attorney of record for Plaintiff certifies that plaintiff UES INTERMODAL AG is a non-governmental corporate party that is not owned by or affiliated with any other entity within the meaning of Rule 7.1.

        Respectfully submitted,
        LYONS & FLOOD, LLP
        Attorneys for Plaintiff

OF COUNSEL:
J. Stephen SimmsShowers
Simms Showers LLP
20 S. Charles Street – Suite 702
Baltimore, MD 21201
Phone: (410) 783-5795

By /s/ Kirk M. Lyons
Kirk M. Lyons
1495 Morris Avenue
Union, NJ 07083
Phone: (201) 569-4453