09 Civ. 5320 (JLL)
Docket No.

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the District of New Jersey - GREETINGS:

WHEREAS, a complaint has been filed in the United States District Court for the District of New Jersey on the 19th day of October, 2009 by

UES INTERMODAL AG, Plaintiff
-against-
COSCO SHANGHAI SHIP MANAGEMENT CO.,
(also known as COSHIPMAN), and
CHINA OCEAN SHIPPING (GROUP) COMPANY, Defendants

in a certain action for breach of contract alleging to be due and owing the said Plaintiff the amount of **US$11,178,056.15** and praying for process of maritime attachment and garnishment against the said Defendants, and

WHEREAS, this process is issued pursuant to such prayer and requires that each garnishee shall serve its answer, together with answers to any interrogatories served with the complaint, within 20 days after service of process upon it and requires that each defendant shall serve its answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee.

NOW, THEREFORE, we do hereby command you that if the said Defendants cannot be found within the District you attach goods and chattels to the amount sued for; and if such property cannot be found that you attach credits and effects to the amount sued for, in the hands of garnishees in this district (1) COSCO Container Lines Americas, Inc.; (2) COSCO Container Lines Co., Ltd.; (3) COSCO North America, Inc. (4) COSCO Guangzhou Ocean Shipping Co. Ltd.; (5) COSCO Shanghai International Freight Co. Ltd.; (6) COSCO Americas, Inc.; (7) China COSCO Holdings Company Ltd.; and (8) COSCO Shipping Co., Ltd., to wit: cash, funds, freight, hire, credits and owing up to the total sum of **US$11,178,056.15** and any other property in whatever form belonging to Defendants, and that you promptly after execution of this process, file the same in this Court, with your return thereon.

WITNESS, the Honorable _____, Judge of said Court, this _____ day of November, in the year of our Lord two thousand nine, and of our Independence the two hundred and thirty-third.

LYONS & FLOOD, LLP
Attorneys for Plaintiff
Kirk M. Lyons
1495 Morris Avenue
Union, NJ 07083
Phone: (212) 594-2400

_____,
Clerk

By: _____
Deputy Clerk

*NOTE: This Process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.*