UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

UES INTERMODAL AG,

           Plaintiff,

v.

COSCO SHANGHAI SHIP MANAGEMENT
CO., LTD. (COSHIPMAN)

and

CHINA OCEAN SHIPPING (GROUP) COMPANY,
    Defendants.
_____/

09 CV 5320 (JLL)

**ORDER GRANTING
STIPULATED
MOTION TO RE-SET
MOTION'S HEARING DATE
AND FOR RESPONSE
AND REPLY TO MOTION
(DOCKET No. 19)**

Upon the parties' joint motion, this Court hereby GRANTS the motion, and orders as follows:

Hearing on defendants' motion to dismiss the complaint (Docket No. 19) shall be set for August 16, 2010. Plaintiff shall respond to the motion on or before August 2, 2010 and defendants reply on or before August 9, 2010.

SO ORDERED this 11TH day of June, 2010.

           *s/Claire C. Cecchi*
           United States ~~District Judge~~ Magistrate Judge