LYONS & FLOOD, LLP
1495 Morris Avenue
Union, NJ 07083
(201) 569-4453

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

UES INTERMODAL AG,                                          09 CV 5320 (JLL)

               Plaintiff,

     v.

COSCO SHANGHAI SHIP MANAGEMENT          **ORDER GRANTING**
CO., LTD. (COSHIPMAN)                                       **MOTION TO ADMIT**
                                                                              **J. STEPHEN SIMMS AS**
And                                                                          **COUNSEL**
                                                                              **PRO HAC VICE FOR**
CHINA OCEAN SHIPPING (GROUP) COMPANY,        **PLAINTIFF**
     Defendants.
_____/

     Upon considering the motion of Kirk M. Lyons, a member in good standing of the bar of

this Court and counsel of record for plaintiff, for an Order allowing the admission *pro hac vice*

of J. Stephen Simms, this Court hereby GRANTS the motion, and ORDERS as follows:

     J. Stephen Simms is admitted to appear and participate in this case as counsel *pro hac*

*vice* for plaintiff.

     J. Stephen Simms shall make a payment to the New Jersey Lawyers' Fund for Client

Protection as provided by New Jersey Court Rule 1:28-2(a). This payment shall be made for any

year in which J. Stephen Simms continues to represent a client in a matter pending in this Court.

A copy of this Order shall be forwarded by the Clerk to the Treasurer of the Fund.

J. Stephen Simms shall make a payment of $150.00 to the Clerk of this Court.

SO ORDERED  this 19ᵗʰ day of ~~June,~~ July 2010.


*s/Claire C. Cecchi*
_____
United States Magistrate Judge

2