UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
_____

UES INTERMODAL AG,

                    Plaintiff,

        v.

COSCO SHANGHAI SHIP MANAGEMENT
CO., LTD. (COSHIPMAN)

And

CHINA OCEAN SHIPPING (GROUP) COMPANY,
       Defendants.
_____/

09 CV 5320 (JLL)

**STIPULATED
MOTION TO FURTHER RE-SET
MOTIONS HEARING DATE
A**ND FOR RESPONSE
**AND REPLY TO MOTION
(DOCKET No. 19)**

      The parties hereby jointly move for this Court to re-set to October 4, 2010 the date for hearing on defendants' motion to dismiss the complaint (Docket No. 19), to extend to and including September 20, 2010 the time for plaintiff's response to that motion, and to September 27, 2010 the time for defendants' reply to the motion.

      As grounds for the motion, the parties state that they have reached a settlement in principle which may provide for settlement of the case without need for further briefing on the motion.  The additional time is needed in order for the parties either to formalize and conclude the settlement terms, or, to further brief the pending motion.

/

/

The parties respectfully request this Court to grant this motion, and herewith submit a draft order.

Dated: July 26, 2010

Respectfully submitted,

LYONS & FLOOD, LLP
Attorneys for Plaintiff

/s/ Kirk M. Lyons
Kirk M. Lyons
1495 Morris Avenue
Union, NJ 07083
(201) 569-4435

J. Stephen Simms
Admitted pro hac vice
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
(410) 783-5795

UES Intermodal AG Counsel

BLANK ROME LLP
Attorneys for Defendants

/s/ Jack A. Greenbaum
405 Lexington Avenue
New York, N.Y. 10174-0208
(212) 885-5000

COSCO Shanghai Ship Management Co.,
Ltd. and China Ocean Shipping (Group)
Company Counsel